**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Ahron Williams,

    Plaintiff,

         v.                                      Case No.   1:22cv507

Warden Ron Erdos, et al.,

    Defendants.

**<u>JUDGMENT IN A CIVIL CASE</u>**

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury.   The issues have been tried and the Jury has rendered its verdict.

[ X ]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


**IT IS ORDERED AND ADJUDGED**:   The R&R (Doc. 3) of the Magistrate Judge is hereby **ACCEPTED** and **ADOPTED**. This civil action is: **DISMISSED** with prejudice (pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1)) for failure to state a claim upon which relief may be granted.


Date: October 12, 2022                      __Richard W. Nagel, Clerk_____
                                              Clerk

                             By:    __*s/ Krista Zeller*_____
                                          Deputy Clerk